### J. A. DEKNATEL & SON, Inc., Plaintiff-Appellant, v. THEO. L. STERN & CO., Inc., Defendant-Appellee.

### No. 306.

Circuit Court of Appeals, Second Circuit.
March 18, 1935.

Ramsey & Kent and George Ramsey, all of New York City (George M. Dowe, of New York City, of counsel), for plaintiff.

Levisohn, Niner & Levisohn, of New York City (Edwin Levisohn, of New York City, of counsel), for defendant.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.